APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN FIRE & CASUALTY INSURANCE | : | CIVIL ACTION |
| v. | : | |
| ACE AMERICAN INSURANCE COMPANY | : | NO.  2:14-cv-03422-MH |

## ORDER

AND NOW, this          Day of                  , 20    , it is hereby

ORDERED that the application of  Daniel W. London         , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:14-cv-03422-MH

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, __Daniel W. London__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 02/27/2006 | 4393302 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| New Jersey | 12/30/2005 | 038072005 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| Eastern Dist. of NY | 06/01/2012 | DL9718 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Southern Dist. of NY | 06/01/2012 | DL9718 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Dist. of N.J. | 02/01/2006 | **DL9718** |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for   ACE AMERICAN INS.

(Applicant's Signature)

3/8/16
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

59 Maiden Lane, 39th Floor

New York, New York 10038

(212)331-9483

Sworn and subscribed before me this

8th Day of March, 2016

Notary Public

MYRA NEEDLEMAN
Notary Public, State of New York
No. 02NE4938224
Qualified in Queens County
Commission Expires June 27, 2018

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Daniel W. London____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Emily J. Rogers, Esquire | *Emily J. Rogers* (signature) | 10/18/2010 | 309033 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Campbell Campbell Edwards & Conroy, P.C.

1205 Westlakes Drive, Suite 330, Berwyn, PA 19312

Phone : 610-964-1900

Sworn and subscribed before me this

16 Day of MARCH, 2016

*Wendy Stumpo* (signature)
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
WENDY STUMPO
Notary Public
TREDYFFRIN TWP, CHESTER COUNTY
My Commission Expires Feb 29, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN FIRE & CASUALTY INSURANCE | : : : | CIVIL ACTION |
| v. | : : | |
| ACE AMERICAN INSURANCE COMPANY | : : | NO. 2:14-cv-03422-MH |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Daniel W. London___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Sean M. Corr, Esquire
Corr Mitchell, LLC
1035 West Bristol Road
Warminster, PA 18974

Kenneth M. Portner, Esquire
Weber Gallagher Simpson Stapleton Fires & Newby, LLP
2000 Market Street, Suite 1300
Philadelphia, PA 19103

Joseph P. Conner, Esquire
Conner Weber & Oberlies, P.C.
171 West Lancaster Avenue
Paoli, PA 19301

_Emily J. Rogers_
Signature of Attorney

Emily J. Rogers, Esquire
Name of Attorney

ACE American Insurance Co.
Name of Moving Party

March 16, 2016
Date